Judgment for the defendants.

---

STATE vs. JEWETT.

The Supreme Court have not original Jurisdiction of an offence against the seventh Section of the act, directing the mode of election of the Governor, lieutenant Governor, Treasurer of the State, Councillors and Representatives. The penalty being given to the town Treasury.

THIS was an indictment found in this Court, charging the respondent, with having put in more than one vote for one person in the same election to one office, (representative) against the seventh section of the act, directing the mode of election of the Governor, lieutenant Governor, Treasurer of the State, Councillors and Representatives. The respondent pleaded not guilty, and, on trial to the jury, a doubt arose whether the Supreme Court have original jurisdiction of the offence charged in the indictment, as the penalty is given to the town Treasury.

A juror was withdrawn by consent, with leave to the respondent to take any exception to the jurisdiction of the Court.

Afterwards *Marvin*, States Attorney, informed the Court, that on examination, he was satisfied that the Supreme Court have not original jurisdiction of the offence charged in the indictment, and entered a *nolle prosequi.*